965 A.2d 113

IN THE MATTER OF DEBBIE ANN CARLITZ, AN ATTORNEY AT LAW.

February 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–250, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **DEBBIE ANN CARLITZ** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1987, should be reprimanded based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey violates *RPC* 5.5(a) (practicing law while ineligible), *RPC* 7.1 (false and misleading communication about the lawyer's services), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DEBBIE ANN CARLITZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.